## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
GWENDOLYN SHERMAN,

                    Plaintiff,

    -against-                                      21 **CIVIL** 7317 (CS)

                                                             **JUDGMENT**

YONKERS PUBLIC SCHOOLS, YONKERS
PUBLIC SCHOOLS BOARD OF EDUCATION,
EDWIN M. QUEZADA, Superintendent, CESAR
E. CHAVES ELEMENTARY SCHOOL, f/k/a
CEDAR PLACE SCHOOL, MAGDALINE M.
DELANY, Principal, John Doe, #1-50, and
Mary Roe, #1-50,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated January 9, 2023, Defendants' motion is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        January 9, 2023

                                                                           **RUBY J. KRAJICK**

                                                                           **Clerk of Court**

                               **BY:**       *K. Mango*

                                                                           **Deputy Clerk**